IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Ms. Sonya Williams, | ) | |
| | ) | Case No.:_1:25-cv-15258 |
| Plaintiff, | ) | |
| | ) | Hon. District Judge: Ellis |
| v. | ) | |
| | ) | Hon. Mag. Judge: McShain |
| Dolton Library and Katrina Hankins, | ) | |
| | ) | **JURY DEMANDED** |
| Defendants. | ) | |

**REVISED JOINT STATUS REPORT**

The parties, by their respective attorneys, hereby submit the following Revised Joint Status Report per the Court's Order dated April 22, 2026 (Dkt. 25).

**1. The Nature of the Case:**

A. Plaintiff's Attorney: John W. Heiderscheidt, 6219 N. Milwaukee Ave., Chicago, IL 60646, (Trial) Attorney;

Defendant Attorney (Dolton Library): David J. Flynn of Sudekum, Cassidy & Schulruff, Chtd., Lead Trial Attorney; Jacob Coz, Sudekum, Cassidy & Shulruff, Chtd. for Dolton Library.

Defendant Attorney (Hankins): James J. Sipchen, Lead Trial Attorney, and Jennifer M. Sutterer of Pretzel & Stouffer, Chartered, 200 S. Wacker Drive, Suite 2600, Chicago, IL 60606.

B. Plaintiff brings a mixture of federal (Section 1983 1st Amendment, Monell) and state law (Assault, Battery, Respondeat Superior) claims against Defendants stemming from an alleged campaign of physical assault, battery, intimidation and harassment carried out against Plaintiff by Defendants. (Dkt. 1).

C. The factual issues of the case concern various allegations of physical assault and battery against Plaintiff by Hankins, an employee of Dolton Library, while Plaintiff was acting as a duly

elected member of the Defendant Dolton Public Library's Board. The Plaintiff has filed a nine-count Complaint. Count I of the claim is brought under 42 U.S.C. § 1983 and is brought against both Defendants. Count II is a state law claim for intentional infliction of emotional distress and brought against both Defendants. Counts III – VII allege assault or battery against Hankins only. Count VIII alleges respondeat superior against Dolton Library only. Count IX alleges a claim under Monell against Dolton Library only. Defendants deny all allegations and have filed motion to dismiss.

D. Plaintiff seeks monetary damages. Dolton Library and Hankins seek dismissal of all Counts directed toward them, with prejudice and with costs.

**2. Jurisdiction:**

A. The Court has jurisdiction to hear this action based on 42 U.S.C. § 1983, 28 U.S.C. § 1331 and 1343(a); and supplemental jurisdiction for state claims as provided under U.S.C. § 1367(a).

B. Dolton Library is an Illinois governmental entity and is a citizen of Illinois. Hankins is also a citizen of Illinois. Diversity jurisdiction is not invoked and Defendants do not believe diversity jurisdiction exists.

**3. Status of Service:**

Dolton Library has been previously served, and counsel for the Library entered an appearance on 04/14/2026.

Defendant Hankins has been served, and counsel for Hankins entered an appearance on 4/22/2026.

**4. Consent to Proceed Before a United States Magistrate Judge:** Counsel have advised their clients that they may consent to proceed before a Magistrate Judge.

**5. Motions:**

Both Defendants have filed motions to dismiss the Complaint in its entirety. (Dkt. 26, 27, 30). Hankins contends Plaintiff's Complaint is barred by *res judicata*, does not state a claim for violation of § 1983 or intentional infliction of emotional distress, and all state law claims are time barred by the statue of limitations. Dolton Library contends all claims directed at it fail to state a cause of action and all state law claims are barred by the statute of limitations. The parties propose a briefing schedule as follows: July 22, 2026 – Plaintiff's Response to the motion due; and August 12, 2026 – Defendants' Replies in support of the motions due.

**6. Case Plan:**

A. Both Defendants believe discovery should be stayed while their motions to dismiss are pending. Hankins has filed a motion to stay discovery articulating the Defendants' position. (Dkt. 32). Plaintiff opposes a discovery stay.

B. With respect to trial:

(1) Jury is demanded.

(2) 1 to 2 weeks anticipated for trial.

**7. Status of Settlement Discussions:**

No settlement discussions have taken place. No settlement demand has been tendered. The parties do not request a settlement conference at this time.

Respectfully submitted,

/s/ John W. Heiderscheidt
John W. Heiderscheidt
Attorney for Petitioner
6219 N. Milwaukee
Chicago, IL 60646
(312) 331-0087
info@subscriptionlawyer.com
Date: 6/16/26

/s/ David J. Flynn
Sudekum, Cassidy & Shulruff, Chtd.
20 North Clark Street
Suite 2450
Chicago, Illinois 60602
(312) 541-8431
djf@scslegal.com
Date: 6/16/26

/s/ James J. Sipchen
Pretzel & Stouffer, Chtd.
200 S. Wacker Drive
Suite 2600
Chicago, IL 60606
(312) 578-7422
jsipchen@pretzel-stouffer.com
Date: 6/16/26